

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2015

No. 04-14-00246-CR

Destyn David **FREDERICK**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-09-00041-CRL
Honorable Donna S. Rayes, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to June 19, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Richard E. Langlois                    Marc S. Ledet
        Law Offices Of Richard E. Langlois     Assistant District Attorney
        217 Arden Grove                        81st/218th Judicial District Of Texas
        San Antonio, TX 78215                  1327 3rd Street
                                               Floresville, TX 78026